IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LANCASTER GRAHAM,<br><br>Defendant. | CASE NO.: 4:24-cr-46 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 28, 2025, Report and Recommendation, (doc. 44), to which no party has filed objections.   Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 44), as the opinion of the Court.   Graham's Motion to Suppress his statements is **DENIED**.   (Doc. 34.)

**SO ORDERED**, this 24th day of February, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA